# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRVING COURTLEY JONES,** : | | **CIVIL ACTION** |
| Plaintiff, : | | |
| : | | |
| v. : | | |
| : | | |
| **1260 HOUSING DEVELOPMENT** : | | **NO. 18-1420** |
| **CORPORATION,** : | | |
| Defendant. : | | |

## ORDER

AND NOW, this 11th day of April, 2018, upon consideration of Mr. Jones's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum.

3. Mr. Jones is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that he can state a plausible claim that cures the defects noted in the Court's Memorandum. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for Mr. Jones's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ORDERED by the Court.

4. The Clerk of Court shall furnish Mr. Jones with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

5. If Mr. Jones fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

_/s/ J. William Ditter, Jr._
**J. WILLIAM DITTER, JR., J.**